UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND BROWN,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:16-1031** |
| v. | : **(JUDGE MANNION)** |
| **CONNIE GREEN, et al.,** | : |
| **Defendants** | : |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to withdraw the above captioned action (Docs. 57, 59), are construed as motions for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(2).

2. Plaintiff's motions (Docs. 57, 59), are **GRANTED** without prejudice.

3. Defendants' unopposed motion for dismissal of the above captioned action pursuant to Fed.R.Civ.P. 41(a)(2), (Doc. 60), is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1031-01-ORDER.wpd