**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**RAYMOND BROWN,**                    :

      **Plaintiff**                    :

                                    **CIVIL ACTION NO. 3:16-1031**

      **v.**                    :           **(JUDGE MANNION)**

**CONNIE GREEN, <u>et</u> <u>al.</u>,**                    :

      **Defendants**                    :

<u>**ORDER**</u>

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1.    Plaintiff's motion for reconsideration and to reopen, (Doc. <u>67</u>), seeking reconsideration of the Court's August 28, 2017 Memorandum and Order dismissing the above-captioned action, (Docs. <u>62</u>–<u>63</u>), is **DENIED**.

2.    Plaintiff's motion for leave to file an amended complaint (Doc. <u>66</u>) is **DENIED**.

         s/ *Malachy E. Mannion*
         **MALACHY E. MANNION**
         **United States District Judge**

**Dated: April 25, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1031-02-Order.wpd